### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK MANAGING SOLUTIONS, LLC<br>    *Plaintiff*,<br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>    *Defendant*. | C.A. No.  16-cv-299-RGA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant hereby agree, subject to the approval of the Court, to dismiss all of Plaintiff's claims in this action with prejudice and all of Defendant's claims in this action without prejudice.  Each party shall bear its own costs and attorneys' fees.


Dated:  June 15, 2018                                                Respectfully submitted,

| | |
|---|---|
| FARNAN LLP | GREENBERG TRAURIG, LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>302-777-0300 Telephone<br>302-777-0301 Facsimile<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ Benjamin J. Schladweiler<br>Benjamin J. Schladweiler (Bar No. 4601)<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7000<br>schladweilerb@gtlaw.com |
| Edward R. Nelson III (admitted *pro hac vice*)<br>Brent N. Bumgardner (admitted *pro hac vice*)<br>Barry J. Bumgardner (admitted *pro hac vice*)<br>Eric M. Albritton (admitted *pro hac vice* ) | Joshua C. Krumholz<br>Jacob K. Baron<br>Mark T. Goracke<br>Jacob W. S. Schneider |

1

| | |
|---|---|
| John P. Murphy (admitted *pro hac vice*)<br>NELSON BUMGARDNER ALBRITTON P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br>ed@nbafirm.com<br>brent@nbafirm.com<br>barry@nbafirm.com<br>ema@nbafirm.com<br>murphy@nbafirm.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**NETWORK MANAGING SOLUTIONS,**<br>**LLC** | Allison M. Lucier<br>HOLLAND &KNIGHT LLP<br>joshua.krumholz@hklaw.com<br>jacob.baron@hklaw.com<br>mark.goracke@hklaw.com<br>jacob.schneider@hklaw.com<br>allison.lucier@hklaw.com<br><br>**ATTORNEYS FOR DEFENDANT**<br>**CELLCO PARTNERSHIP d/b/a**<br>**VERIZON WIRELESS** |

IT IS SO ORDERED this ___ day of June, 2018.

_____
The Honorable Richard G. Andrews

2